Order issued: October *18* , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-11-01276-CV

---

### EX PARTE: HAROLD CORNISH

---

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X11-555-R**

---

## ORDER

On October 9, 2012, the Court received the requested findings of fact from the trial court. The trial court found that the only documents available in this case are: (1) the petition for expunction; (2) the order of expunction; and (3) a copy of an envelope from the Dallas County District Clerk to the Texas Association of School Boards with the date stamp of June 15, 2011. We **ADOPT** the trial court's finding that these three documents are the only ones available.

On October 11, 2012, the Court received a supplemental clerk's record containing the above three documents. Appellants' brief is due **THIRTY DAYS FROM THE DATE OF THIS ORDER**.

_____
CAROLYN WRIGHT
CHIEF JUSTICE